IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT W. JOHNSON                                                                            PLAINTIFF

v.                                    Case No. 2:23-cv-02109

DONALD J. TRUMP, FACEBOOK,
META LLC, RUDY GIULIANI,
JOHN EASTMAN, MARK MEADOWS,
KENNETH CHESEBRO, JEFFREY
CLARK, JENNA ELLIS, RAY SMITH III,
ROBERT CHEEKEY, CATHLEEN
LATHAM, SCOTT HALL, STEPHEN LEE,
HARRISON FLOYD, TREVIAN KUTTI,
SIDNEY POWELL, MISTY HAMPTON,
MICHAEL ROMAN, DAVID SHAFER,
SHAWN STILL, VLDMIR PUTIN, & TWITTER                                            DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.  Judge Ford recommends that Plaintiff's Complaint, as supplemented (ECF Nos. 2, 8), be dismissed without prejudice because Plaintiff failed to comply with the Court's Local Rules and Orders and failed to prosecute this case.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*.  Plaintiff's Complaint, as supplemented (ECF Nos. 2, 8), should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge